IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PROPHET PAULCIN,
    Plaintiff,

vs.                              Case No. 3:08cv335/LAC/EMT

T.L. GILLIAN, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 14, 2008 (Doc. 5). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed, if any.

Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case shall be transferred to the Tallahassee Division of this District.

**DONE AND ORDERED** this 17th day of September, 2008.

                            s/_L.A. Collier_
                            **LACEY A. COLLIER**
                            **SENIOR UNITED STATES DISTRICT JUDGE**